# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMI CHRISTIAN MUSIC GROUP INC., a California corporation; ARISTA RECORDS LLC, a Delaware limited liability company; ATLANTIC RECORDING CORPORATION, a Delaware corporation; BMG MUSIC, a New York general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; INTERSCOPE RECORDS, a California general partnership; LAVA RECORDS LLC, a Delaware limited liability company; MAVERICK RECORDING COMPANY, a California joint venture; MOTOWN RECORD COMPANY, L.P., a California limited partnership; PRIORITY RECORDS LLC, a Delaware limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; and WARNER BROS. RECORDS INC., a Delaware corporation,<br><br>           Plaintiffs,<br><br>   v.<br><br>DOES 1 - 51,<br><br>           Defendants. | Civil Action No.: 1:08-cv-01518-RMU |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs EMI CHRISTIAN MUSIC GROUP INC., *et al.*, by and through their attorneys, voluntarily dismiss without prejudice their copyright infringement claims against Defendants Doe 1-51, each party to bear its/his or her in Doe cases own fees and costs.

The Clerk of Court is respectfully requested to close this case.

Respectfully submitted,

Dated: September __, 2008

/s/
Matthew J. Oppenheim (D.C. Bar No. 443698)
The Oppenheim Group
7304 River Falls Drive
Potomac, MD  20854
(301) 299-4986

Attorney for Plaintiffs